# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURL J. AARON, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, ET AL.,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. 1:96-CV-06180-AWI-SMS<br><br>ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT<br><br>(Doc. 802) |

On February 18, 2014, Plaintiff Cristhian Piña Paz, petitioned this Court for an order authorizing the withdrawal of funds from a blocked account in the Bank of America Shafter Banking Center, 261 Central Avenue, Shafter, California 93263. On or about June 13, 2000, the funds in the blocked account were deposited therein as property of Cristhian Piña Paz, then a minor, following the resolution of the above-captioned case. The order to deposit money in the account provided that "[w]hen said minor attains the age of eighteen years, said depository without further order of the Court is authorized and directed to pay by check or draft, upon proper demand, all monies, including interest, hereby ordered to be deposited, directly to said former minor." Doc. 607.

Cristhian Piña Paz, having passed the age of eighteen years, the Court hereby ORDERS that

the Bank of America Shafter Banking Center release to Cristhian Piña Paz the complete balance of the account, including interest.

IT IS SO ORDERED.

DATED:  3/5/2014                                    /s/ SANDRA M. SNYDER
                                                    UNITED STATES MAGISTRATE JUDGE