# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURL J. AARON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED CASES | Case No. 1:96-CV-06180-AWI-SMS<br><br>ORDER DISMISSING PETITION WITH LEAVE TO AMEND<br><br><br><br>(Doc. 805) |

On March 12, 2014, Plaintiff Reynaldo Tapia petitioned this Court for an order authorizing the withdrawal of funds from a blocked account. Plaintiff failed to identify the account from which he seeks to withdraw funds, as required by paragraph 6 of the form petition. The Court cannot order withdrawal of funds from an unidentified account.

Notwithstanding the Court's dismissal of Plaintiff's incomplete petition, Plaintiff is reminded that the order to deposit money in the account provided that "[w]hen said minor attains the age of eighteen years, said depository without further order of the Court is authorized and directed to pay by check or draft, upon proper demand, all monies, including interest, hereby ordered to be deposited, directly to said former minor." Doc. 607. Since Plaintiff is now over eighteen years old, he need not petition this Court for permission to withdrawn the funds from his blocked account.

1

Accordingly, the Court dismisses Plaintiff's petition without prejudice. In the event that Plaintiff requires a separate order to withdraw funds, he may amend his petition to provide the omitted account information and resubmit it to this Court at any time.

IT IS SO ORDERED.

Dated: **March 19, 2014**              **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE